IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED ___ ENTERED
___ LOGGED _SLS_ RECEIVED

DEC 19 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY Night Drop Box  DEPUTY

STEVEN ANTHONY WRIGHT

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

MARYLAND JUDICIARY, ADMINISTRATIVE OFFICE OF THE COURTS

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. BAH 25 CV 04220

*(to be filled in by the Clerk's Office)*

Jury Trial:  ■ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | STEVEN ANTHONY WRIGHT |
| Street Address | 1308 MAPLE AVENUE |
| City and County | ESSEX, BALTIMORE COUNTY |
| State and Zip Code | MARYLAND, 21221 |
| Telephone Number | (570) 494-8422 |
| E-mail Address | STEVENDIET@GMAIL.COM |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MARYLAND JUDICIARY, ADMINISTRATIVE OFFICE OF THE COURTS |
| Job or Title (if known) | N/A - GOVERNMENT AGENCY |
| Street Address | 187 HARRY S TRUMAN PKWY FL 5 |
| City and County | ANNAPOLIS, ANNE ARUNDEL COUNTY |
| State and Zip Code | MARYLAND, 21401 |
| Telephone Number | (410) 260-3679 |
| E-mail Address (if known) | fairpractices@mdcourts.gov |

2

**Defendant No. 2**

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

**Defendant No. 3**

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.  Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | MARYLAND JUDICIARY, ADMINISTRATIVE OFFICE OF THE COURTS |
| Street Address | 187 HARRY S TRUMAN PKWY FL 5 |
| City and County | ANNAPOLIS, ANNE ARUNDEL COUNTY |
| State and Zip Code | MARYLAND, 21401 |
| Telephone Number | (410) 260-3679 |

3

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ■ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ■ Other federal law *(specify the federal law)*:
    Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794

- ☐ Relevant state law *(specify, if known)*:

- ☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: Post-termination coerced resignation demand

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)
On or about March 4, 2025 through March 7, 2025

C.  I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*
  Obsessive-Compulsive Personality Disorder (OCPD)

5

E.   The facts of my case are as follows. Attach additional pages if needed.

SEE ATTACHED

_____
_____
_____
_____
_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

JUNE 10, 2025

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

■   issued a Notice of Right to Sue letter, which I received on *(date)*
DECEMBER 19, 2025

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.
☐   less than 60 days have elapsed.

UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| STEVEN ANTHONY WRIGHT )<br>_Plaintiff/Petitioner_ )<br>v. )<br>MARYLAND JUDICIARY, )<br>ADMINISTRATIVE OFFICE OF THE COURTS )<br>_Defendant/Respondent_ ) | Civil Case No. BAH 25 CV 0 4 2 2 0 |

## CONTINUATION SHEET FOR QUESTION E ON COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Plaintiff was employed as a District Court Commissioner with the Maryland Judiciary from May 2021 until March 7, 2025. During his employment, Plaintiff was diagnosed with Obsessive-Compulsive Personality Disorder (OCPD), a disability that requires reliance on clear, written rules and consistent procedures in order to perform job duties effectively. County management was aware of Plaintiff's diagnosis prior to March 2025.

In early 2025, Plaintiff raised internal concerns regarding conflicting policy directives between districts and requested written clarification to ensure compliance. On March 4, 2025, Plaintiff formally requested accommodation by disclosing his OCPD diagnosis to the Director of Commissioners in writing and verbally to his direct supervisor. Plaintiff explained that the conflicting directives created significant difficulty due to his disability and requested clear and consistent guidance so that he could continue performing his duties properly.

Following this accommodation request, Defendant did not engage in an interactive process and did not provide any accommodation or clarification. No one discussed Plaintiff's request or attempted to address the conflicting policies Plaintiff had identified.

On March 7, 2025, Plaintiff was called into a meeting and informed that his employment was terminated. Plaintiff was required to leave his shift and the workplace that day. During that meeting, Plaintiff was presented with a resignation document and told that he could either sign it immediately or would be given 24 hours to submit a resignation; however, the termination decision had already been made and communicated, and continued employment was not an option.

Plaintiff did not return to work after March 7, 2025. Plaintiff's subsequent written resignation on March 8, 2025 was submitted under protest and under coercion, after the termination decision had already occurred, and does not reflect a voluntary separation.

Prior to requesting accommodation, Plaintiff had no disciplinary history, no performance improvement plans, and no indication that his employment was in jeopardy. The close temporal proximity between Plaintiff's accommodation request and his termination, combined with Defendant's failure to engage in any accommodation process, demonstrates discrimination based on disability and retaliation in violation of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHED

UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| STEVEN ANTHONY WRIGHT<br>*Plaintiff/Petitioner*<br>v.<br>MARYLAND JUDICIARY,<br>ADMINISTRATIVE OFFICE OF THE COURTS<br>*Defendant/Respondent* | Civil Action Case No. BAH 25 CV 0 4 2 2 0 |

**CONTINUATION SHEET FOR QUESTION V – RELIEF ON COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

As a direct and proximate result of Defendant's conduct, Plaintiff has suffered and continues to suffer economic and non-economic damages.

- **PLAINTIFF SEEKS AN AWARD OF:**
    - Back pay, Lost wages and Compensation from date of termination through the date of judgment
    - Front pay for future lost earnings in lieu of reinstatement
    - Lost employment benefits, including but not limited to retirement contributions, pension accrual, health insurance, and other fringe benefits associated with Plaintiff's former position
- **RECOVERY OF CONSEQUENTIAL AND OUT-OF-POCKET ECONOMIC DAMAGES:**
    - Financial losses and disruption resulting from the forced sale of personal vehicles and loss of reliable transportation
    - Parking expenses required by Plaintiff's current employment
    - Costs reasonably incurred to mitigate damages
    - Additional debt obligations undertaken because of the loss of income and employment stability
    - Diminished earning capacity and prolonged underemployment resulting from adverse market conditions and the unavailability of comparable positions
- **PLAINTIFF SEEKS COMPENSATORY DAMAGES, INCLUDING:**
    - Emotional distress
    - Inconvenience, humiliation
    - Loss of professional standing resulting from Defendant's conduct
- **PLAINTIFF SEEKS PUNITIVE DAMAGES PURSUANT TO *42 U.S.C. § 1981a(b)(1)***
    - Defendant's discriminatory and retaliatory conduct was undertaken with malice or with reckless indifference to Plaintiff's federally protected rights.
- **PLAINTIFF SEEKS EQUITABLE RELIEF:**
    - Placement in a comparable position within the Maryland Judiciary, excluding the District Court Commissioner's Office, for which Plaintiff is qualified, or in the alternative front pay in lieu of reinstatement
    - Correction or removal of adverse employment records related to Plaintiff's termination
    - Declaratory and injunctive relief necessary to prevent ongoing or future discriminatory and retaliatory practices

**CONTINUATION SHEET FOR QUESTION V – RELIEF ON COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

- **PLAINTIFF FURTHER SEEKS:**
    - Pre-judgment interest
    - Post-judgment interest
    - Costs of suit
    - Reasonable attorney's fees as permitted by law
    - An order requiring the removal or correction of adverse employment records and prohibiting Defendant from maintaining or enforcing any restriction, designation, or notation that would impair or bar Plaintiff's eligibility for future employment with the Maryland Judiciary or other state entities
    - Other and further legal or equitable relief as the Court deems just and proper

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/19, 2025

Signature of Plaintiff  *[signed]*
Printed Name of Plaintiff  STEVEN ANTHONY WRIGHT

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____