**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

STEVEN ANTHONY WRIGHT, Plaintiff,

v.

MARYLAND JUDICIARY, et al., Defendants.

Civil Action No. 1:25-cv-04220-BAH

Hon. Brendan A. Hurson

HD
Rcv'd by: AW

USDC- BALTIMORE
'26 JUN 30 PM12:53

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO ECF 66 OR, IN THE ALTERNATIVE, FOR A CONSOLIDATED BRIEFING SCHEDULE**

In connection with his contemporaneously filed Motion for Leave to File a Supplemental Complaint, Plaintiff respectfully requests that the Court extend his deadline to respond to the State Defendants' Motion to Dismiss (ECF 66), and states:

1. Plaintiff requests an extension of his deadline to oppose ECF 66 under Federal Rule of Civil Procedure 6(b)(1)(A) to a date twenty-one (21) days after the Court rules on the contemporaneously filed Motion for Leave to File a Supplemental Complaint. The request is made before the deadline expires and is supported by good cause: the State's forty-four-page motion, Plaintiff's simultaneous preliminary-injunction reply, and his supplemental pleading fall in overlapping windows, and Plaintiff is self-represented, proceeds in forma pauperis, is employed full time, and files in person. Extending the deadline to a date certain after the Motion for Leave is resolved would let the supplemental pleading be addressed first and avoid duplicative briefing on the same post-filing facts.

2. The requested extension works no prejudice and is consistent with the relief the Court has already granted the other side. The State Defendants themselves recently sought and obtained a consent extension of their own responsive-pleading deadline (ECF 62; ECF 63), to which Plaintiff consented; the comparable accommodation Plaintiff seeks here would work no comparable hardship on Defendants, who seek dismissal rather than any urgent relief.

3. In the alternative, and only if the Court prefers a single schedule, Plaintiff requests a consolidated briefing schedule under which his opposition to ECF 66 and his response to any motion directed at the Supplemental Complaint are due together, twenty-one (21) days after the last such motion is filed, so that Plaintiff may respond to all dispositive motions in one

consolidated opposition. See Fed. R. Civ. P. 1; Landis v. North American Co., 299 U.S. 248, 254 (1936) (recognizing the court's power to control the disposition of the causes on its own docket "with economy of time and effort for itself, for counsel, and for litigants").

4. This Motion does not seek to delay the pending Motion for Preliminary Injunction (ECF 44). The injunction addresses ongoing post-filing conduct and irreparable harm that the Motion to Dismiss does not reach, and Plaintiff has prioritized and timely filed his reply in support of that Motion. Plaintiff does not seek to slow the injunctive relief; he seeks only orderly sequencing of the dispositive-motion briefing.

5. Pursuant to Local Rule 105.9, Plaintiff requested the position of Defendants' counsel on these motions by email on June 28, 2026. Counsel for the State Defendants requested copies of Plaintiff's draft motions and no less than two business days to respond, rather than stating a position on the relief requested; Plaintiff advised that Local Rule 105.9 calls for the parties' positions on the relief requested and that these motions accompany his time-sensitive reply in support of his Motion for Preliminary Injunction. Counsel for the State Defendants thereafter stated that the State Defendants object to this Motion. Counsel for the City Defendants has not indicated a position. In all events, the extension Plaintiff requests is available under Rule 6(b)(1)(A) on a showing of good cause, which Plaintiff has presented above, regardless of Defendants' consent.

WHEREFORE, Plaintiff respectfully requests that the Court (a) extend Plaintiff's deadline to respond to ECF 66 to a date twenty-one (21) days after the Court rules on the Motion for Leave; or (b) in the alternative, set a consolidated briefing schedule under which Plaintiff's opposition to ECF 66 and his response to any motion directed at the Supplemental Complaint are due together, twenty-one (21) days after the last such motion is filed.

Respectfully submitted,

Steven Wright

Steven Anthony Wright, Plaintiff, Pro Se
(570) 494-8422
stevendiet@gmail.com
Dated: 6/30, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on the date written below I filed the foregoing in person with the Clerk of the Court, and that the Court's CM/ECF system will transmit a Notice of Electronic Filing to all counsel of record registered with the system, including Bryan A. Upshur, Assistant Attorney General, Office of the Attorney General of Maryland, and Elisabeth B. Hofmann, Baltimore City

Department of Law, constituting service under Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule 102.1.c.

Steven Anthony Wright, Pro Se
Dated: 6/30, 2026