**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

STEVEN ANTHONY WRIGHT, Plaintiff,

v.

MARYLAND JUDICIARY, et al., Defendants.

Civil Action No. 1:25-cv-04220-BAH

Hon. Brendan A. Hurson

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

# [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO ECF 66 OR, IN THE ALTERNATIVE, FOR A CONSOLIDATED BRIEFING SCHEDULE

Upon consideration of Plaintiff's Motion for an Extension of Time to Respond to the State Defendants' Motion to Dismiss (ECF No. 66) or, in the Alternative, for a Consolidated Briefing Schedule, the State Defendants' Motion to Dismiss (ECF No. 66), and the entire record, and good cause appearing, it is hereby ORDERED:

1. Plaintiff's deadline to file an opposition to the State Defendants' Motion to Dismiss (ECF No. 66) is EXTENDED to a date not earlier than twenty-one (21) days after the Court rules on Plaintiff's contemporaneously filed Motion for Leave to File a Supplemental Complaint.

2. In the alternative, the Court may set a consolidated briefing schedule under which Plaintiff's opposition to ECF No. 66 and his response to any motion directed at the Supplemental Complaint are due together, twenty-one (21) days after the last such motion is filed.

3. The Supplemental Complaint supplements, and does not supersede, the First Amended Complaint, and nothing in this Order moots Defendants' Motion to Dismiss (ECF No. 66) or the Mayor and City Council of Baltimore City's Motion to Dismiss (ECF No. 34). Nothing in this Order affects, delays, or stays Plaintiff's pending Motion for a Preliminary Injunction (ECF No. 44).

SO ORDERED.

Dated: ____________________

___________________________________

Hon. Brendan A. Hurson
United States District Judge