**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| STEVEN ANTHONY WRIGHT, | | Civil Action No. 1:25-cv-04220-BAH |
| Plaintiff, | * | |
| v. | * | Hon. Brendan A. Hurson |
| MARYLAND JUDICIARY, et al., | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

Upon consideration of Plaintiff's Motion for Leave to File a Supplemental Complaint under Federal Rule of Civil Procedure 15(d), any opposition thereto, and the entire record, and good cause appearing, it is hereby ORDERED:

1. The Motion is GRANTED.

2. The Clerk shall docket the Supplemental Complaint attached to the Motion.

3. The Supplemental Complaint supplements, and does not supersede or replace, the First Amended Complaint (ECF No. 24), which remains the operative pleading as to the matters it pleads. The pending Motions to Dismiss (ECF No. 34; ECF No. 66) are not mooted by the supplemental pleading.

4. The Clerk shall issue a summons as to newly added Defendant Lionel Moore, and service of the Supplemental Complaint on Defendant Moore shall be effected by the United States Marshal pursuant to the Court's in forma pauperis Order (ECF No. 4).

5. Defendants, and Defendant Moore upon service, shall respond to the Supplemental Complaint within fourteen (14) days after service, or as the Court otherwise directs under Federal Rule of Civil Procedure 15(d).

SO ORDERED.

Dated: ____________________

______________________________
Hon. Brendan A. Hurson
United States District Judge