IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

STEVEN ANTHONY WRIGHT,

Plaintiff, *

v. *

MARYLAND JUDICIARY, et al., *

Defendants. *

*

Civil Action No.
1:25-cv-04220-BAH

Hon. Brendan A. Hurson

HD
Rcv'd by: AW

USDC- BALTIMORE
'26 JUN 30 PM12:49

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

# PLAINTIFF'S NOTICE OF FILING AND INDEX

Plaintiff Steven Anthony Wright, pro se, files the documents listed below together, in person, with the Clerk of the Court. Plaintiff is not a registered user of the Court's CM/ECF system. Each document is followed below by the proposed orders and exhibits submitted with it.

## INDEX OF DOCUMENTS

1. **Plaintiff's Reply in Support of his Motion for a Preliminary Injunction (ECF No. 44)**
   - [Proposed] Amended Order on the Motion for Preliminary Injunction
2. **Plaintiff's Reply in Support of his Motion for a Witness Protective Order (ECF No. 50)**
3. **Second Supplemental Declaration of Steven Anthony Wright**
   - Exhibit W - June 17, 2026 meeting invitation
   - Exhibit X - June 10 to June 11, 2026 email exchange with Court Administrator Lionel Moore
   - Exhibit Y - June 8, 2026 Supplemental Litigation Hold Notice (video surveillance)
   - Exhibit Z - May 13, 2026 written disclosure to the Baltimore Banner
4. **Plaintiff's Motion for Leave to File a Supplemental Complaint**
   - [Proposed] Supplemental Complaint
   - [Proposed] Order Granting Leave to File a Supplemental Complaint
5. **Plaintiff's Motion for an Extension of Time to Respond to the Motion to Dismiss (ECF No. 66), or, in the Alternative, for a Consolidated Briefing Schedule**
   - [Proposed] Order

**6. Plaintiff's Supplement to his Motion for Reconsideration of Denial of Appointment of Counsel (ECF No. 45)**

The two Replies (items 1 and 2) respond to the State Defendants' omnibus opposition (ECF No. 65). The Second Supplemental Declaration (item 3) is submitted in support of both Replies.

Respectfully submitted,

Steven Wright

Steven Anthony Wright, Pro Se
(570) 494-8422
stevendiet@gmail.com
Dated: 6 / 30, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on the date written below I filed the foregoing Notice of Filing and Index in person with the Clerk of the Court, and that the Court's CM/ECF system will transmit a Notice of Electronic Filing to all counsel of record registered with the system, including Bryan A. Upshur, Assistant Attorney General, Office of the Attorney General of Maryland, and Elisabeth B. Hofmann, Baltimore City Department of Law, constituting service under Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule 102.1.c.

Steven Wright

Steven Anthony Wright, Pro Se
Dated: 6 / 30, 2026