**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STEVEN ANTHONY WRIGHT, | * | |
| Plaintiff, | * | Civil Action No. 1:25-cv-04220-BAH |
| | * | Hon. Brendan A. Hurson |
| v. | * | |
| MARYLAND JUDICIARY, | * | |
| ADMINISTRATIVE OFFICE OF | * | HD |
| THE COURTS, et al., | * | Rcv'd by: AN |
| | * | |
| Defendants. | * | |

USDC- BALTIMORE
'26 JUL 13 PM1:04

* * * * * * * * * * * * * * * * * * * * * * * * * *

# REDACTED COPY OF ECF 38

(Supplemental Declaration of Steven Anthony Wright, filed April 22, 2026)

Submitted pursuant to paragraph 1(f) of the Court's June 3, 2026
Memorandum and Order (ECF 52)

**Home address REDACTED. All other content unchanged.**

Pursuant to paragraph 1(f), Plaintiff notifies the Court that the unredacted original at ECF 38 contains Plaintiff's home address, and respectfully requests that it be restricted in the same manner as the entries addressed by ECF 52 and ECF 53.

Submitted by:

Steven Anthony Wright, Pro Se
Phone: (570) 494-8422
Email: stevendiet@gmail.com
Dated: July 13, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 13, 2026, a copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Maryland, which will be served on all registered counsel of record through the Court's CM/ECF system, including:

**Bryan A. Upshur, AAG**
Office of the Attorney General of Maryland
bupshur@oag.state.md.us

**Elisabeth Brevet Hofmann, Esq.**
Baltimore City Department of Law
elisabeth.hofmann@baltimorecity.gov

Steven Anthony Wright, Pro Se