**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STEVEN ANTHONY WRIGHT, | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 1:25-cv-04220-BAH |
| MARYLAND JUDICIARY, ADMINISTRATIVE OFFICE OF THE COURTS | * | |
| *Defendant.* | * | |

* * * * * * * * * * * *

**ORDER**

Upon consideration of motion for leave to file a supplemental complaint (ECF 71), and all related filings, it is this _______ day of ______, 2026 hereby

**ORDERED** that the motion for leave to file a supplemental complaint (ECF 71) is **DENIED**.

_________________________________
Brendan Abell Hurson
United States District Judge