**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STEVEN ANTHONY WRIGHT, | * | |
| Plaintiff, | * | Civil Action No. 1:25-cv-04220-BAH |
| | * | Hon. Brendan A. Hurson |
| v. | * | |
| MARYLAND JUDICIARY, | * | |
| ADMINISTRATIVE OFFICE OF | * | |
| THE COURTS, et al., | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

# INDEX OF EXHIBITS
## to Plaintiff's Opposition to the State Defendants' Motion to Dismiss (ECF 66)

Submitted under D. Md. Local Rule 105.5. Page references are to the body of the accompanying Opposition.

**Exhibit A.** Signed EEOC Charge of Discrimination (Form 5A), Charge No. 531-2025-03965, June 10, 2025 (home address redacted per ECF 52 para 1(e)). Opposition pp. 20, 21, 30.

**Exhibit B.** EEOC correspondence, July 16 through July 24, 2025, confirming the charge was docketed and the Respondent notified. Opposition p. 21.

**Exhibit C.** Email from Colleen Ellingson to Plaintiff, March 5, 2025, regarding charging standards. Opposition p. 11.

**Exhibit D.** Maryland Judiciary personnel file, Job Data record of separation (identifiers redacted). Opposition pp. 6, 27.

**Exhibit E.** District Court of Maryland, Commissioner ID List, District 8, revised July 22, 2026 (comparator listed Active; Plaintiff listed Former). Opposition pp. 4, 37.