**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STEVEN ANTHONY WRIGHT, | * | |
| Plaintiff, | * | Civil Action No. 1:25-cv-04220-BAH |
| | * | Hon. Brendan A. Hurson |
| v. | * | |
| MARYLAND JUDICIARY, | * | |
| ADMINISTRATIVE OFFICE OF | * | |
| THE COURTS, et al., | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT B
## EEOC Correspondence Confirming the Charge Was Docketed and the Respondent Notified

**Date:** July 16 through July 24, 2025 (the quoted agency statement is dated July 17, 2025)

**Source:** Email from Leila Santiago, U.S. Equal Employment Opportunity Commission, to Plaintiff, in EEOC Charge No. 531-2025-03965, stating that "[b]ecause we received your signed EEOC Form 5A, EEOC has docketed this matter as a Charge, has notified Respondent that this Charge has been filed, and has otherwise taken the steps necessary to preserve your right to file a private civil action," and further stating that the EEOC would "obtain a perfected, signed Charge of Discrimination (EEOC Form 5) that we will draft and send to you for your review and signature following the Intake interview."

**Authentication:** Declaration of Steven Wright, filed contemporaneously herewith. Fed. R. Evid. 901(b)(1). Offered as a statement of the agency, not for any characterization by a party.

**Third-Party PII Scrub:** The direct telephone number of the EEOC investigator has been omitted, as disclosed in paragraph 5 of the Declaration of Steven Wright. No other portion of the correspondence has been altered. The exhibit contains no home address, no date of birth, no Social Security number, and no third-party case information.

# EXHIBIT B

## EEOC Correspondence Confirming the Charge Was Docketed and the Respondent Notified (Charge No. 531-2025-03965)

**From:** Steven Wright <stevendiet@gmail.com>
**To:** LEILA.SANTIAGO@eeoc.gov
**Sent:** Wednesday, July 16, 2025 12:29 PM EDT
**Subject:** 531-2025-03965 STEVEN WRIGHT
Good afternoon,

I wanted to check in and see if Maryland Judiciary has responded to the charge yet.

Thank you,

Steven Wright

---

**From:** LEILA SANTIAGO <LEILA.SANTIAGO@eeoc.gov>
**To:** Steven Wright <stevendiet@gmail.com>
**Sent:** Thursday, July 17, 2025 3:48 PM EDT
**Subject:** RE: 531-2025-03965 STEVEN WRIGHT
Good afternoon Mr. Wright,

I am writing to follow up regarding the Charge (Form 5A) that you filed in the subject matter with this office of the U.S. Equal Employment Opportunity Commission (EEOC or Commission). In order for EEOC to continue investigating the allegations you presented in the Charge (Form 5A), we must first conduct an Intake interview with you to clarify your allegations, and then obtain a perfected, signed Charge of Discrimination (EEOC Form 5) that we will draft and send to you for your review and signature following the Intake interview.

During the Intake interview, we will confidentially discuss the information that you provided to EEOC, your rights and responsibilities under the laws the EEOC enforces, our investigative process, and what happens after a Charge is filed.

As you know, EEOC has authority to investigate Charges of employment discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or protected activity under the statutes enforced by EEOC against certain employers, employment agencies and labor organizations. Generally, such Charges must be filed, in writing and signed, with EEOC within 300 days of the date of alleged discrimination. Because we received your signed EEOC Form 5A, EEOC has docketed this matter as a Charge, has notified Respondent that this Charge has been filed, and has otherwise taken the steps necessary to preserve your right to file a private civil action with respect to the issues in the Charge.

However, please note that if you do not contact me within seven (7) days of the date of this e-mail in order to conduct or schedule your Intake interview, then this office is authorized to close the Charge that you filed without conducting any additional investigation or other Charge processing. In that event, we will instead issue to you and Respondent a "Determination and Notice of Rights," which will enable you to file suit in U.S. District Court within 90 days of your receipt of that Notice if you wish to pursue this matter further. If you wish to withdraw your Charge, then EEOC will administratively close the Charge that you filed without any further processing and you will not be issued a Notice of Right to Sue.

If there are any questions in this matter, please do not hesitate to contact me. Still, please continue to refer to the EEOC case number assigned to the Charge when communicating with the Commission.

If you are available tomorrow, I can give you a call to conduct your intake interview. Please email me back with the time frame that works best for you. Thank you.

Best Regards,

Leila Santiago

---

**From:** Steven Wright <stevendiet@gmail.com>
**To:** LEILA.SANTIAGO@eeoc.gov
**Sent:** Thursday, July 17, 2025 5:44 PM EDT
**Subject:** Re: 531-2025-03965 STEVEN WRIGHT
Good afternoon,

I work tomorrow from 8:30-4:30, I have lunch from 12pm-1pm. If you'd like to talk during my lunch, that would be great.

Thank you,

Steven Wright

---

**From:** Steven Wright <stevendiet@gmail.com>
**To:** LEILA.SANTIAGO@eeoc.gov
**Sent:** Tuesday, July 22, 2025 4:05 PM EDT
**Subject:** Re: 531-2025-03965 STEVEN WRIGHT
Good afternoon,

I responded to your email but have not heard back. I just want to ensure that my case doesn't get accidentally closed.

Thank you,

Steven Wright

---

**From:** LEILA SANTIAGO <LEILA.SANTIAGO@eeoc.gov>
**To:** Steven Wright <stevendiet@gmail.com>
**Sent:** Wednesday, July 23, 2025 1:37 PM EDT
**Subject:** RE: 531-2025-03965 STEVEN WRIGHT
Good afternoon Mr. Wright,

I gave you a call on last Friday, July 18th, at the phone number provided in your inquiry; 570-494-8422. If this number is incorrect, please email me back with the correct contact information.

If you are available sometime tomorrow, I can give you a call back then.

Thank you,

Leila Santiago

---

**From:** Steven Wright <stevendiet@gmail.com>
**To:** LEILA.SANTIAGO@eeoc.gov
**Sent:** Wednesday, July 23, 2025 1:55 PM EDT
**Subject:** Re: 531-2025-03965 STEVEN WRIGHT
Good afternoon,

I just double checked my call log and do not see any calls from that day. The number is correct though, are you able to speak around noon tomorrow? Also, do you have a number I can reach you at?

Thank you,

Steven Wright

---

**From:** LEILA SANTIAGO <LEILA.SANTIAGO@eeoc.gov>
**To:** Steven Wright <stevendiet@gmail.com>
**Sent:** Wednesday, July 23, 2025 2:00 PM EDT
**Subject:** RE: 531-2025-03965 STEVEN WRIGHT
Good afternoon Mr. Wright,

Yes, I can give you a call at noon tomorrow. If there's any trouble connecting, you can reach me at [EEOC DIRECT LINE REDACTED].

Thank you,

Leila Santiago

---

**From:** Steven Wright <stevendiet@gmail.com>
**To:** LEILA.SANTIAGO@eeoc.gov
**Sent:** Thursday, July 24, 2025 12:22 PM EDT
**Subject:** Re: 531-2025-03965 STEVEN WRIGHT
Good afternoon,

I've attempted to call several times but it keeps saying that you're unavailable.

Steven Wright