**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STEVEN ANTHONY WRIGHT, | * | |
| Plaintiff, | * | Civil Action No. 1:25-cv-04220-BAH |
| | * | Hon. Brendan A. Hurson |
| v. | * | |
| MARYLAND JUDICIARY, | * | |
| ADMINISTRATIVE OFFICE OF | * | |
| THE COURTS, et al., | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT C
## March 5, 2025 Email from Colleen Ellingson Regarding Charging Standards

**Date:** March 5, 2025 (received 8:47 p.m. EST)

**Source:** Email from Defendant Colleen Ellingson to Plaintiff, quoted at Argument I of the accompanying memorandum.

**Authentication:** Declaration of Steven Wright, filed contemporaneously herewith. Fed. R. Evid. 901(b)(1), 801(d)(2)(D).

**Third-Party PII Scrub:** The underlying message discusses a criminal charging decision and recounts what witnesses reported. It contains no name, case number, date of birth or other identifier of any third party, and no redaction was necessary. The attachment referenced in the message, a printout of the Maryland premeditation statute, is not reproduced.

# EXHIBIT C

## March 5, 2025 Email from Defendant Colleen Ellingson Regarding Charging Standards

**From:** Colleen Ellingson <Colleen.Ellingson@mdcourts.gov>
**To:** Steven Wright <steven.wright@mdcourts.gov>
**Sent:** Wednesday, March 5, 2025 8:47 PM EST
**Subject:** Premeditation
Hello Steven,

In an effort to give you a reason why our SA may ask us to start at Murder 1st, I took the liberty of printing out premeditation as it is defined in statue. You can skip to the highlighted areas. I believe this is why the SA has said that the seconds and minutes leading to the choice to commit the act can be considered premeditated. In your specific case, the second witness heard arguing and then the defendant opened the car door, shut it, and then they heard what they thought was fire works. Hope this is helpful.

Colleen