**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STEVEN ANTHONY WRIGHT, | * | |
| Plaintiff, | * | Civil Action No. 1:25-cv-04220-BAH |
| | * | Hon. Brendan A. Hurson |
| v. | * | |
| MARYLAND JUDICIARY, | * | |
| ADMINISTRATIVE OFFICE OF | * | |
| THE COURTS, et al., | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT D
## Maryland Judiciary Personnel File, Job Data Record of Separation

**Date:** March 7, 2025 (termination date and last date worked; the record carries an effective date of March 8, 2025 for the recorded action)

**Source:** One page of Plaintiff's Maryland Judiciary personnel file, produced to Plaintiff in April 2026 in response to his Maryland Rule 16-923 request for his own personnel records. The record shows a termination date and a last date worked of 03/07/2025, an effective date of 03/08/2025 for the recorded action, the action "Termination," the reason "Resigned in Lieu of Term - DNH," HR status "Inactive," and payroll status "Terminated," for Plaintiff's Commissioner position.

**Authentication:** Declaration of Steven Wright, filed contemporaneously herewith. Fed. R. Evid. 901(b)(1), 901(b)(4).

**Third-Party PII Scrub:** This page is from Plaintiff's own personnel file. Plaintiff's Employee Identification number, position number, department number, and establishment identification number have been redacted from the image. The page contains no home address, no date of birth, no Social Security number, and no third-party information. An unredacted copy will be provided to the Court or to counsel upon request.

## Job Data

Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation

**STEVEN WRIGHT**
Employee

**Empl ID** [redacted]
**Empl Record** 0

**Work Location Details**

1 of 24

Go To Row

| | | | |
|---|---|---|---|
| *Effective Date | 03/08/2025 | | |
| Effective Sequence | 0 | *Action | Termination |
| HR Status | Inactive | *Reason | Resigned in Lieu of Term - DNH |
| Payroll Status | Terminated | *Job Indicator | Primary Job |

Current

| | | | |
|---|---|---|---|
| Position Number | [redacted] | Commissioner | |
| | | Override Position Data | |
| Position Entry Date | 08/24/2022 | Position Management Record | |
| Regulatory Region | USA | United States | |
| Company | MDJ | Maryland Judiciary | |
| Business Unit | MDJUD | Maryland Judiciary | |
| Department | [redacted] | DC 53- Commissioner | |
| Department Entry Date | 08/24/2022 | | |
| Location | DC53B | DC Balt Co, Courthouse Towson | |
| Establishment ID | [redacted] | DC Baltimore County | Date Created 03/11/2025 |

| | | | |
|---|---|---|---|
| Last Start Date | 06/05/2019 | Termination Date | 03/07/2025 |
| Expected Job End Date | | ☐ End Job Automatically | |
| | | ☐ Override Last Date Worked | |
| Last Date Worked | 03/07/2025 | | |

Job Data | Employment Data | Earnings Distribution | Benefits Program Participation

Save | Return to Search | Previous in List | Next in List | Notify | Refresh | Update/Display