**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STEVEN ANTHONY WRIGHT, | * | |
| Plaintiff, | * | Civil Action No. 1:25-cv-04220-BAH |
| | * | Hon. Brendan A. Hurson |
| v. | * | |
| MARYLAND JUDICIARY, | * | |
| ADMINISTRATIVE OFFICE OF | * | |
| THE COURTS, et al., | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT E
## District Court of Maryland, Commissioner ID List, District 8

**Date:** Revised July 22, 2026

**Source:** The District 8 (Baltimore County) page of the Commissioner ID list published by the District Court of Maryland at mdcourts.gov/sites/default/files/import/eservices/pdf/commissioneridlist.pdf, bearing the footer "District Court Headquarters - Rev. 07/22/2026" and paginated "Page 31 of 39." The page lists each District 8 commissioner by identification number, name and department, and states whether that commissioner is Active or Former. It lists ID 8121, JENIFER-EVANS, LATOYA, as Active, and ID 8127, WRIGHT, STEVEN, as Former.

**Authentication:** A publication of the District Court of Maryland, a Defendant's own institution, retrieved from its official website. Declaration of Steven Wright, filed contemporaneously herewith. Fed. R. Evid. 901(b)(1); see also Fed. R. Evid. 902(5) (official publications).

**Third-Party PII Scrub:** This page is a public directory published by the District Court of Maryland. It lists commissioner identification numbers, names, departments and employment status only, and contains no home address, no date of birth, no Social Security number, and no case information. The rows of the 25 Commissioners on the page other than the comparator (ID 8121) and Plaintiff (ID 8127) have been redacted: they are uninvolved third parties whose identifiers carry no evidentiary weight here, consistent with the redaction of Plaintiff's own equivalent identifiers in Exhibit D. An unredacted copy will be provided to the Court or to counsel upon request.

# District Court of Maryland

**District 8 - Baltimore Co. Commissioner IDs (Active & Former)**

| ID | Last Name | First Name | Department | Status |
|---|---|---|---|---|
| [redacted] | | | | |
| 8121 | JENIFER-EVANS | LATOYA | DC8 - Commissioners | Active |
| [redacted] | | | | |
| 8127 | WRIGHT | STEVEN | DC8 - Commissioners | Former |
| [redacted] | | | | |