**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

STEVEN ANTHONY WRIGHT, *
*Plaintiffs*, *

v. *

Case No. 1:25-cv-04220-BAH

MARYLAND JUDICIARY, *
ADMINISTRATIVE OFFICE OF THE *
COURTS, *
*Defendant*. *

* * * * * * * * * * * * * *

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendants Administrative Office of the Courts, Baltimore City Circuit Court ("Circuit Court"), the Honorable John P. Morrissey, Chief Judge of the District Court of Maryland ("Chief Judge Morrissey"), the Honorable Dorothy J. Wilson, District Administrative Judge of the District Court of Maryland for Baltimore County ("Administrative Judge Wilson"), the Honorable Audrey J.S. Carrión, Administrative Judge of the Circuit Court for Baltimore City, Maryland ("Administrative Judge Carrión"), Timothy D. Haven ("Haven"), Rachel Bowen, ("Bowen"), Colleen Ellingson ("Ellingson"), Whitney Wisniewski ("Wisniewski"), Robin Suzanne Banister ("Banister"), Sophia Sanders ("Sanders") and Grant Smoluk ("Smoluk")

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ Rachel L. Stewart

RACHEL L. STEWART
Federal Bar No. 27352
Assistant Attorney General

200 St. Paul Place
Baltimore, Maryland 21202
rstewart@oag.state.md.us
(410) 576-7934
(410) 576-6393 (facsimile)

August 26, 2026

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2026, a copy of the foregoing Entry of Appearance was was served by electronic means via the Court's Case Management/Electronic Case Files (CM/ECF) system on all persons entitled to receive such notice.

/s/ Rachel L. Stewart

RACHEL L. STEWART
Federal Bar No. 27352
Assistant Attorney General