**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STEVEN ANTHONY WRIGHT, | * | |
| *Plaintiff,* | * | |
| v. | * | |
| | | No. 1:25-cv-04220-BAH |
| MARYLAND JUDICIARY, ADMINISTRATIVE OFFICE OF THE COURTS, ET AL., | * | |
| | * | |
| *Defendants.* | * | |

* * * * * * * * * * * *

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 101.2(a) and (b), Bryan Upshur, moves for leave to withdraw as counsel for Defendants Maryland Judiciary/Administrative Office of the Courts, Baltimore City Circuit Court, the Honorable John P. Morrissey, the Honorable Dorothy J. Wilson, the Honorable Audrey J.S. Carrión, Timothy D. Haven, Rachel Bowen, Colleen Ellingson, Whitney Wisniewski, Robin Suzanne Banister, Sophia Sanders and Grant Smoluk (collectively "State Defendants"). Rachel L. Stewart, Assistant Attorney General, recently entered her appearance and will remain as counsel for the State Defendants.

Respectfully submitted,

*<u>/s/ Bryan A. Upshur</u>*
BRYAN A. UPSHUR (#21899)
(signed with permission by Rachel Stewart)

RACHEL L. STEWART
Federal Bar No. 27352
Assistant Attorney General

200 St. Paul Place
Baltimore, Maryland 21202
rstewart@oag.maryland.gov
(410) 576-7934
(410) 576-6393 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2026, a copy of the foregoing was served by electronic means via the Court's Case Management/Electronic Case Files (CM/ECF) system on all persons entitled to receive such notice.

/s/ Rachel L. Stewart

RACHEL L. STEWART
Federal Bar No. 27352
Assistant Attorney General