**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STEVEN ANTHONY WRIGHT,<br>*Plaintiff*,<br><br>v.<br><br>MARYLAND JUDICIARY,<br>ADMINISTRATIVE OFFICE OF<br>THE COURTS, ET AL.,<br>*Defendants*. | *<br>*<br>*<br>*<br>*<br>* | No. 1:25-cv-04220-BAH |

* * * * * * * * * * * *

**ORDER**

In consideration of the motion for leave to withdraw as counsel as to the appearance of Bryan Upshur as counsel for the State Defendants, it is hereby **ORDERED** that the motion is **GRANTED**, and Mr. Upshur's appearance as counsel for the State Defendants is terminated as of this ________ of September, 2026.

_____________________________
Brendan A. Hurdson
United States District Judge